# United States District Court
# Central District of California

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS INC., <br><br> Plaintiff, <br><br> v. <br><br> SPINMEDIA GROUP, INC., <br><br> Defendants. | Case No. 2:18-cv-10328-ODW (Ex) <br><br> **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK [19]** |

Pursuant to 28 U.S.C. §1404(a), and upon consideration of the Defendant's unopposed Motion to Transfer Venue to the Southern District of New York, the Plaintiff's consent to the transferring of the case (ECF No. 21), for the convenience of parties and witnesses, and in the interest of justice, **GOOD CAUSE** exists to transfer venue of this action from the U.S. District Court for the Central District of California to the U.S. District Court for the Southern District of New York.

Therefore, the Court **GRANTS** Defendant's Motion to Transfer Venue. (ECF No. 19.) Accordingly, the Clerk of the Court shall transfer this case to the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York 10007.

**IT IS SO ORDERED.**

October 1, 2019

Otis D. Wright, II
United States District Judge